IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**METECIA SMITH,**

    **Plaintiff,**

  vs.                                    **Civil Action 2:09-CV-692**
                                            **Judge Frost**
                                            **Magistrate Judge King**

**MILLER & ASSOCIATES LLP,** *et al.*,

    **Defendants.**

## ORDER

On September 11, 2009, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the complaint be dismissed for failure to state a claim upon which relief can be granted. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

**The Clerk shall ENTER FINAL JUDGMENT in this case.**

                                                             /s/ Gregory L. Frost
                                                               Gregory L. Frost
                                                        United States District Judge